IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-01260 MCF |
| JESUS MANUEL DAVILA REYES<br>SHIERLEY XIOMARA MALDONADO LUGO | *<br>* | CHAPTER 7 |
| DEBTORS | | |

**DEBTORS' NOTICE OF FILING OF AMENDED SCHEDULES "B" and "C"**

**TO THE HONORABLE COURT:**

**COME NOW, JESUS MANUEL DAVILA REYES** and **SHIERLEY XIOMARA MALDONADO LUGO**, the debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors are hereby submitting **Amended Schedules "B" and "C"**, dated March 10, 2014, herewith and attached to this motion.

2. This amendment to Schedules "B" and "C" is filed to include a the 2013 tax refund, which was not included in the debtors' original schedules, and to claim the appropriate exemption.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedule "B" & "C"
Case no. 14-01260 MCF7

# CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 10th day of March, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

B6B (Official Form 6B) (12/07)

IN RE **DAVILA REYES, JESUS MANUEL & MALDONADO LUGO, SHIERLEY XIOMARA**          Case No. **3:14-bk-1260**
               Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---:|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Banco Popular De Puerto Rico X7100 | J | 3.84 |
| | | Coopaca Socio Num: 88317 Saving: $29.45 Dividends: $4,000.64 | J | 4,030.09 |
| | | Cooperativa A/C Ciales XXX17 Dividends: $3,040.00 | J | 3,040.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Misc Household goods and furnishings | J | 3,300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes and personal effects | J | 1,300.00 |
| 7. Furs and jewelry. | | Jewelry | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearms 1) Springfield XDM - $600.00 2) Benelli Supernova - $600.00 | J | 1,200.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **DAVILA REYES, JESUS MANUEL & MALDONADO LUGO, SHIERLEY XIOMARA**     Case No. **3:14-bk-1260**
                                                    Debtor(s)                                         (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2013 TAX REFUND (DEBTOR)<br>2013 TAX REFUND (SPOUSE) | H<br>W | 2,565.00<br>431.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **DAVILA REYES, JESUS MANUEL & MALDONADO LUGO, SHIERLEY XIOMARA**  Case No. **3:14-bk-1260**
Debtor(s) (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | | 2 Shih tzu = $175.00 c/u = $350.00<br>4 Guinea pig =15.00 c/u = $60.00<br>1 Chihuahua = $180.00 | J | 590.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 16,959.93 |

___0___ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

IN RE DAVILA REYES, JESUS MANUEL & MALDONADO LUGO, SHIERLEY XIOMARA    Case No. 3:14-bk-1260
                     Debtor(s)                                                          (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Banco Popular De Puerto Rico X7100 | 11 USC § 522(d)(5) | 3.84 | 3.84 |
| Misc Household goods and furnishings | 11 USC § 522(d)(3) | 3,300.00 | 3,300.00 |
| Clothes and personal effects | 11 USC § 522(d)(3) | 1,300.00 | 1,300.00 |
| Jewelry | 11 USC § 522(d)(4) | 500.00 | 500.00 |
| Firearms<br>1) Springfield XDM - $600.00<br>2) Benelli Supernova - $600.00 | 11 USC § 522(d)(5) | 1,200.00 | 1,200.00 |
| 2013 TAX REFUND (DEBTOR) | 11 USC § 522(d)(5)<br>11 USC § 522(d)(5) | 225.16<br>2,339.84 | 2,565.00 |
| 2013 TAX REFUND (SPOUSE) | 11 USC § 522(d)(5) | 431.00 | 431.00 |
| 2 Shih tzu = $175.00 c/u = $350.00<br>4 Guinea pig =15.00 c/u = $60.00<br>1 Chihuahua = $180.00 | 11 USC § 522(d)(5) | 590.00 | 590.00 |

\* *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **DAVILA REYES, JESUS MANUEL & MALDONADO LUGO, SHIERLEY XIOMARA**     Case No. **3:14-bk-1260**
                           Debtor(s)                            (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ "B" & "C" sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 10, 2014**     Signature: _/s/ Jesus M. Davila Reyes_
                                 **JESUS M DAVILA REYES**                          Debtor

Date: **March 10, 2014**     Signature: _/s/ Shierley X Maldonado Lugo_
                                 **SHIERLEY X MALDONADO LUGO**              (Joint Debtor, if any)
                                                                                                        [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer                                                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing      COOPACA                              US Bankruptcy Court District of P.R.
0104-3                               CALL BOX 1056                        Jose V Toledo Fed Bldg & US Courthouse
Case 14-01260-MCF7                   ARECIBO, PR 00613-1056               300 Recinto Sur Street, Room 109
District of Puerto Rico                                                   San Juan, PR 00901-1964
Old San Juan
Mon Mar 10 12:12:37 AST 2014

1 First Bank                         Cb/anntylr                           Coop A/C Arecibo
PO Box 9146                          PO Box 182273                        PO Box 1056
San Juan, PR 00908-0146              Columbus, OH 43218-2273              Arecibo, PR 00613-1056


Coop Arecibo                         Coop Manati                          Coopaca
Coopaca                              PO Box 562                           PO Box 41087
PO Box 1056                          Manati, PR 00674-0562                San Juan, PR 00940-1087
Arecibo, PR 00613-1056


Cooperativa A/C Manati, Inc          Cooperativa De A/C Ciales            First Leasing N Rental Corporation
Call Box 30562                       Ciales Coop                          PO Box 9146
Manati, PR 00674-8516                48 Palmer, PO Box 1438               San Juan, PR 00908-0146
                                     Ciales, PR 00638-1438


FirstBank PR                         GECRB/Amazon                         Gecrb/Amazon
PO Box 9146                          PO Box 960013                        PO Box 965015
San Juan, PR 00908-0146              Orlando, FL 32896-0013               Orlando, FL 32896-5015


Gecrb/Sams Club                      Love Loft                            Luis A Menendez
PO Box 965005                        PO Box 659705                        Urb. Atenas
Orlando, FL 32896-5005               San Antonio, TX 78265-9705           Manati, PR 00674


MONEY EXPRESS                        Money Express                        Sallie Mae
CONSUMER SERVICE CENTER              PO Box 11867                         PO Box 9500
BANKRUPTCY DIVISION (CODE 248)       San Juan, PR 00910-3867              Wilkes Barre, PA 18773-9500
PO BOX 9146
SAN JUAN PR 00908-0146


JESUS MANUEL DAVILA REYES            MONSITA LECAROZ ARRIBAS              NOEMI LANDRAU RIVERA
JARDINES DE MONACO 1                 OFFICE OF THE US TRUSTEE (UST)       CHAPTER 7 TRUSTEE
G 2 C CARMELO DIAZ                   OCHOA BUILDING                       PO BOX 270219
MANATI, PR 00674                     500 TANCA STREET SUITE 301           SAN JUAN, PR 00928-3019
                                     SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO        SHIERLEY XIOMARA MALDONADO LUGO      End of Label Matrix
PO BOX 186                           JARDINES DE MONACO 1                 Mailable recipients    25
CAGUAS, PR 00726-0186                G 2 C Carmelo Diaz                   Bypassed recipients     0
                                     MANATI, PR 00674                     Total                  25
```